Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

| | |
|---|---|
| Marilyn Ramos <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Frontier Airlines, Inc <br> and <br> United Airlines, Inc <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **6:20-cv-1448-ORL-78EJK** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marilyn Ramos |
| Street Address | 491 Noelwood Ct |
| City and County | Ocoee, Orange county |
| State and Zip Code | Florida 34761 |
| Telephone Number | 407-952-5755 |
| E-mail Address | M.ramos.97474@gmail.com |

    **B.   The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
  Name: Frontier Airlines, Inc
  Job or Title (if known):
  Street Address: 4545 Airport Way
  City and County: Denver
  State and Zip Code: Colorado 80239
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: United Airlines, Inc
  Job or Title (if known):
  Street Address: 233 S. Wacker Dr WHQT-14th Fl
  City and County: Chicago
  State and Zip Code: Illinois 60606
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) Marilyn Ramos , is a citizen of the State of (name) Florida.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____ , is incorporated under the laws of the State of (name) _____ , and has its principal place of business in the State of (name) _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) _____ , is a citizen of the State of (name) _____ . Or is a citizen of (foreign nation) _____ .

2. If the defendant is a corporation
   The defendant, (name) Frontier Airlines, Inc , is incorporated under the laws of the State of (name) _____ , and has its principal place of business in the State of (name) _____ . Or is incorporated under the laws of (foreign nation) Florida , and has its principal place of business in (name) Colorado .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Page 3 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Marilyn Ramos , is a citizen of the State of *(name)* Florida

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

2. If the defendant is a corporation
   The defendant, *(name)* United Airlines, Inc , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____
   Or is incorporated under the laws of *(foreign nation)* Florida and has its principal place of business in *(name)* Illinois

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Page 3 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

I am requesting the sum of $150,000.00 for medical expenses past and future, loss of income past and futue, mental anguish, pain and suffering and bad faith damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 04/13/2019 , at *(place)* At McCarran Airport Las Vegas, Nevada ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

I was on Flight 1103 at approximately 8:00 am, seated towards the rear of the plane coming from Orlando, Fl to Las Vegas Nevada. Upon landing traveling on the runway and approaching the gate area, a United Airlines cargo van was driving across runway area directly in the oncoming path of the airplane. The pilot had to brake suddenly causing the airplane to jerk and bounce violently until coming to a complete stop. Frontier Airlines and United Airlines neglected to make sure the runway was clear and safe. Both defendents failed to provide a safe landing and safe enviroment.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Due to negligence of a common carrier:
Defendents carelessness caused airplane to brake quickly to avoid a collision, causing the plane to jerk and bounce causing me to thrust forward and back and bouncing up and down in my seat while still buckled in.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For compensatory damages for medical costs and expenses, for past, present, and future

For general and special damages for past, present, and future pain and suffering, and other damages

For Plaintiff's costs incurred in pursuing these claims

For interest at the statutory rate

Any and all further relief due as this court deems just and fair.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8.7.2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Marilyn Ramos

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address