Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ▾

Orlando Division

| | |
|---|---|
| Marilyn Ramos | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| –v– | |
| Frontier Airlines, Inc and United Airlines, Inc | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marilyn Ramos |
| Street Address | 491 Noelwood Ct |
| City and County | Ocoee, Orange county |
| State and Zip Code | Florida 34761 |
| Telephone Number | 407-952-5755 |
| E-mail Address | M.ramos.97474@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Frontier Airlines, Inc |
| Job or Title (if known) | |
| Street Address | 4545 Airport Way |
| City and County | Denver |
| State and Zip Code | Colorado 80239 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | United Airlines, Inc |
| Job or Title (if known) | |
| Street Address | 233 S. Wacker Dr WHQT-14th Fl |
| City and County | Chicago |
| State and Zip Code | Illinois 60606 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)*   MARILYN RAMOS  , is a citizen of the

    State of *(name)*   FLORIDA .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated

    under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

    the State of *(name)* _____. Or is a citizen of

    *(foreign nation)*

    _____.

2. If the defendant is a corporation

    The defendant, *(name)* FRONTIER AIRLINES, INC _____, is incorporated under

    the laws of the State of *(name)* DELAWARE _____, and has its

    principal place of business in the State of *(name)* COLORADO _____.

    Or is incorporated under the laws of *(foreign nation)*

    _____,

    and has its principal place of business in *(name)*

    _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)*   MARILYN RAMOS                    , is a citizen of the

State of *(name)*   FLORIDA                    .

2.   If the plaintiff is a corporation

The plaintiff, *(name)*                                    , is incorporated

under the laws of the State of *(name)*                                    ,

and has its principal place of business in the State of *(name)*

                                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)*                                    , is a citizen of

the State of *(name)*                                    . Or is a citizen of

*(foreign nation)*                                    .

2.   If the defendant is a corporation

The defendant, *(name)*   UNITED AIRLINES, INC                    , is incorporated under

the laws of the State of *(name)*   DELAWARE                    , and has its

principal place of business in the State of *(name)*   CHICAGO                    .

Or is incorporated under the laws of *(foreign nation)*                                    ,

and has its principal place of business in *(name)*                                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am requesting the sum of $150,000.00 for medical expenses past and future, loss of income past and futue, mental anguish, pain and suffering and bad faith damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date)    04/13/2019    , at (place)  At McCarran Airport Las Vegas, Nevada

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

I was on Flight 1103 at approximately 8:00 am, seated towards the rear of the plane coming from Orlando, Fl to Las Vegas Nevada. Upon landing traveling on the runway and approaching the gate area, a United Airlines cargo van was driving across runway area directly in the oncoming path of the airplane. The pilot had to brake suddenly causing the airplane to jerk and bounce violently until coming to a complete stop. Frontier Airlines and United Airlines neglected to make sure the runway was clear and safe. Both defendents failed to provide a safe landing and safe enviroment.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Due to negligence of a common carrier:
Defendents carelessness caused airplane to brake quickly to avoid a collision, causing the plane to jerk and bounce causing me to thrust forward and back and bouncing up and down in my seat while still buckled in.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For compensatory damages for medical costs and expenses, for past, present, and future

For general and special damages for past, present, and future pain and suffering, and other damages

For Plaintiff's costs incurred in pursuing these claims

For interest at the statutory rate

Any and all further relief due as this court deems just and fair.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**V.**      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      8·7·2020

Signature of Plaintiff      _Marilyn Ramos_

Printed Name of Plaintiff      Marilyn Ramos

**B.**      **For Attorneys**

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

UNITED STATES DISCTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


MARILYN RAMOS

       Plaintiff(s)


vs                                      Case No.: 6:20-cv-1448-Orl-78EJK


FRONTIER AIRLINES, INC and

UNITED AIRLINES, INC

       Defendants(s)


**COMPLAINT FOR DAMAGES**


Plaintiff MARILYN RAMOS, an individual files this complaint against the above names

defendants, FRONTIER AIRLINES, INC and UNITED AIRLINES, INC and in support

thereof states as follows:

## INTRODUCTION

### 1.

On April 13, 2019 plaintiff was injured during landing. Immediately upon landing early at McCarren Airport, flight #1103 nearly collided with a United Airlines cargo van that was on path to check in gate.

## JURISDICTION AND VENUE

### 2.

This court has original jurisdiction pursuant to U.S.C. § 1332

## PARTIES

### 3.

Plaintiff, Marilyn Ramos, (hereinafter "Plaintiff") is an individual who is and was at all relevant times herein, a resident of the state of Florida, city of Ocoee, Orange county.

**4.**

Frontier Airlines, Inc. is a foreign corporation doing business in Florida. Frontier airlines may be served through its registered agent at:

Corporation Service Company 1201 Hays Street Tallahassee, FL 32301

**5.**

United airlines is a foreign corporation doing business in Florida. United airlines, Inc. may be served through its registered agent at:

CT Corporation System 1200 S. Pine Island Rd Plantation, FL 33324

**Background facts**

**6.**

On April 7, 2019 plaintiff purchased one roundtrip ticket from Orlando, FL to Las Vegas, NV on Frontier Airlines for flight #1103 departing Orlando at 6:05am on April 13, 2019 and flight #1102 returning April 16, 2019 departing Las Vegas at 9:55pm and arriving next day at 5:29am.

**7.**

Plaintiff arrived at Orlando International airport at approximately 5:00 am on April 13, 2019 and to board flight # 1103 on Frontier Airlines bound for Las Vegas, NV.

**8.**

Plaintiff boarded the flight and was seated and buckled safely in an aisle seat towards the rear of the plane.

**9.**

Plaintiff states she only experienced light turbulence mid-flight and never left her seat. Pilot announce they were to arrive early at approximately 8:00am.

**10.**

Immediately after landing, while on the runway approaching the gate area a united airlines cargo van crossed directly in the path of the plane nearly causing a collision. The pilot had to apply the brakes in a manner to make the plane come to a complete stop abruptly causing the plane to jerk and bounce violently until it stopped.

**12.**

Plaintiff states that she was jerked forward and back and bounced up and down in her seat while she was still buckled. She immediately felt some nausea and slight dizziness. No one ever asked if we were okay. The pilot apologized and proceeded to the gate.

**13.**

That same evening plaintiff started to experience some discomfort in her neck and upper shoulder back area. The next morning plaintiff awoke with pain and stiffness in her neck and back and emailed frontier airlines customer service to make them aware.

**14.**

Plaintiff states the following days after she continued to experience discomfort and pain in her neck and back area. Upon arriving back in Orlando, FL plaintiff sought medical attention.

**15.**

On April 18, 2019 plaintiff was seen at Health Central Hospital in Ocoee, FL. She was diagnosed with whiplash and muscle strain, given a prescription for muscle relaxers and pain patches. Plaintiff was advised to seek medical attention if condition worsens.

**16.**

Plaintiff continued to experience neck and back pain and received medical attention from Orlando health and wellness center. Plaintiff received medical care which included physical therapy, exercise imaging and testing.

**17.**

Plaintiff completed all medical therapies that were recommended until plaintiff was released from medical care and recommended to seek further treatment with specialist.

**18.**

Plaintiff suffered severe neck and back pain, suffering months of treatments and physical therapy, severe mental anguish, stress and emotional distress and loss of income due to defendants' careless and negligence.

## CLAIMS FOR RELIEF

## COUNT ONE

## GROSS MEGLIGENCE

Defendants' as "common carriers" owe a high duty of care to plaintiff and all passengers, to ensure the safety of all passengers aboard the aircraft.

Defendants' breached their duty of care by failing to provide a safe and clear landing.

Defendants' knowing and recklessly disregarded the safety of the plaintiff and all other passengers on flight #1103 by failing to observe their surroundings and incoming flights.

As a result of the dependents' negligence plaintiff was harmed and suffered physical pain.

## COUNT TWO

## EMOTIONALL DISTRESS

Defendants owed a duty to the plaintiff to ensure her safety. Defendants' were aware there was a high probability that their negligence could cause severe emotional distress for the plaintiff.

**Wherefore**, plaintiff demands that a trial by jury be had on all counts of her complaint and that following such a trial judgement be entered on her behalf against defendants' granting the following:

An award of compensatory damages for plaintiff, in an amount of one hundred and fifty thousand dollars, by the enlightened conscience against the defendants'.

An award of general and special damages for past present and future pain and suffering and other damages

An award on prejudgment and post judgement interest.

Any other and further relief this court deems just and proper; and

Any other and further relief to which they may be entitled.

DATED this _31_ day of __August____, 2020.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

Marilyn Ramos

491 Noelwood Ct

Ocoee, Florida 34761

407-952-5755

M.Ramos.97474@gmail.com

Plaintiff