UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARILYN RAMOS,**

        Plaintiff,

v.                                    Case No:  6:20-cv-1448-Orl-78EJK

**FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,**

        Defendants.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 8.31.2020

*Marilyn Ramos* (signature)
Counsel of Record or *Pro Se* Party
[Address and Telephone]

491 Noelwood Ct
Ocoee FL 34761
407. 952-5755
Marilyn Ramos.