UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN RAMOS,

        Plaintiff,

v.                                         Case No:   6:20-cv-1448-Orl-78EJK

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

        Defendants.
_____/

**ORDER TO STRIKE**

      This cause comes before the Court *sua sponte*. On September 1, 2020, Plaintiff Marilyn Ramos filed two Notice, Consent, and Reference of a Civil Action to a Magistrate Judge forms (the "Notices"). (Docs. 11, 12.) The Notices have been signed by Plaintiff but not Defendants, and as noted on the form, the name(s) of the party or parties withholding consent should not be revealed to any judge involved with the case. (*Id.*) This is consistent with the requirements under 28 U.S.C. § 636(c)(2), which states that "[t]he decision of the parties shall be communicated to the clerk of court." 28 U.S.C. § 636(c)(2). Federal Rule of Civil Procedure 73 "implements the blind consent provision of 28 U.S.C. § 636(c)(2) and is designed to ensure that neither the judge nor the magistrate [judge] attempts to induce a party to consent to reference of a civil matter . . . to a magistrate [judge]." Fed. R. Civ. P. 73(b) advisory committee's note to 1983 addition.

      Accordingly, the Notices at Docket Entries 11 and 12 are **STRICKEN,** and the Clerk of Court is **DIRECTED** to remove the documents from the docket. Defendants have not yet made appearances in this case; therefore, the Court does not construe the Notices as an indication of whether either Defendant would grant or withhold consent, and the Plaintiff is free to grant or withhold her consent going forward. If the parties wish to consent to the referral of this matter to the undersigned for all

proceedings, they may return the consent form to the Clerk of Court after all parties have signed the form.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties