USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>MARILYN RAMOS | COURT CASE NUMBER<br>6:20-cv-01448-Orl-78EJK |
| DEFENDANT<br>UNITED AIRLINES, INC | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CT CORPORATION SYSTEM
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 S. PINE ISLAND RD PLANTATION, FL 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MARILYN RAMOS
491 NOELWOOD CT
OCOEE, FLORIDA 34761

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED 2020 OCT 20 AM 11:41 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 4079525755
DATE: 9/22/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. A13
District to Serve No. ASL
Signature of Authorized USMS Deputy or Clerk
Date:

I hereby certify and return that ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 10-5-24   Time: 2:15 pm

Signature of U.S. Marshal or Deputy: STEINMANN #39

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65- | 11.88 | 8- | 84.88 | | |

REMARKS: personally served CT corp system for United Airlines

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-01448

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CT Corporation System
was received by me on *(date)* 10-5-20

☒ I personally served the summons on the individual at *(place)* 1200 S. Pine Island Rd. Plantation, FL 33324 on *(date)* 10-5-20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-5-20

Server's signature

David Stempler PSN # 3910
Printed name and title

United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301
Server's address

Additional information regarding attempted service, etc:

FILED 2020 OCT 20 AM 11:41 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA