UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN RAMOS,

        Plaintiff,

v.                                       Case No:  6:20-cv-1448-Orl-78EJK

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

        Defendants.
_____

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  November 13, 2020

                                              */s/ Carlos A. Garcia*
                                              Christopher J. Jahr, Esquire
                                              Florida Bar No. 73066
                                              Carlos A. Garcia, Esquire
                                              Florida Bar No. 99768
                                              WICKER SMITH O'HARA MCCOY & FORD, P.A.
                                              Attorneys for United Airlines, Inc.
                                              515 E. Las Olas Boulevard
                                              SunTrust Center, Suite 1400
                                              Ft. Lauderdale, FL 33301
                                              Phone: (954) 847-4800
                                              Fax: (954) 760-9353
                                              ftlcrtpleadings@wickersmith.com