UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

MARILYN RAMOS,

        Plaintiff,

v.                                          Case No:  6:20-cv-1448-Orl-78EJK

FRONTIER AIRLINES, INC. and UNITED AIRLINES, INC.,

        Defendants.

---

**UNITED AIRLINES, INC.
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

- **Marilyn Ramos – pro se Plaintiff**
- **Frontier Airlines, Inc. – Named Defendant**
- **United Airlines, Inc. – Named Defendant**
    - United Airlines Holdings, Inc. is the parent holding company and 100% owner of United Airlines, Inc.
    - As of November 11, 2020, there is no publicly held corporation that owns more than 10% of the common stock of United Airlines Holdings, Inc.
    - United Airlines Holdings, Inc. is publicly traded on the NASDAQ with the symbol "UAL".
    - As of November 11, 2020, the only entity reporting ownership of more than 10% of the common stock of United Airlines Holdings, Inc. is: The Vanguard Group (100 Vanguard Blvd., Malvern, PA 19355).
- **Dennis M. O'Hara – attorney for United Airlines, Inc.**
- **Christopher J. Jahr – attorney for United Airlines, Inc.**
- **Carlos A. Garcia – attorney for United Airlines, Inc.**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        **None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None other than the named parties to this lawsuit.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None other than MARILYN RAMOS as alleged in the Complaint.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  November 13, 2020

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to all counsel of record on this 3rd day of November, 2020.

/s/ Christopher J. Jahr
Christopher J. Jahr, Esquire
Florida Bar No. 73066
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for United Airlines, Inc.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com