UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

Marilyn Ramos,
(Name of Plaintiff/Petitioner)

VS.

CASE NO: 6: 2020 CV 01448

Frontier Airlines, Inc.,
United Airlines, Inc.
(Name of Defendant/Respondent)

## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named Plaintiff/Petitioner, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) I am unfamiliar with civil law. I respectfully request the appointment of counsel.

☑ In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys: Richard Harris Law firm, Las Vegas N.V

☒ In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or pro bono attorneys: Legal Aid, Orange County bar association.

☐ I need a lawyer who can also speak in a language other than English. Please identify which language you speak: _____

I am financially unable to hire an attorney because: I do not have the funds needed to hire an attorney.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct.

12-8-2020
(Date)

_[signature]_
(Signature of Plaintiff/Petitioner)

491 Noelwood Ct
Ocoee, FL 34761
m.Ramos.97474@gmail.com
(Address)

Revised 07/2011

2