UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARILYN RAMOS,**

      **Plaintiff,**

v.                                                                   Case No:  6:20-cv-1448-Orl-78EJK

**FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,**

      **Defendants.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 22).  The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **January 20, 2021**.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Page **1** of **1**