USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARILYN RAMOS | 6:20-cv-01448-Orl-78EJK |
| DEFENDANT | TYPE OF PROCESS |
| FRONTIER AIRLINES, INC | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORPORATION SERVICE COMPANY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1201 HAYS STREET TALLAHASSEE, FL 32301-2525

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MARILYN RAMOS
491 NOELWOOD CT
OCOEE, FLORIDA 34761

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 4079525755
DATE: 9/22/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin: No. 18
District to Serve: No. 017
Signature of Authorized USMS Deputy or Clerk
Date: 10/14/20

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sheeava Kruse, Administrative Support

Address (complete only different than shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 10-16-20
Time: 11:47 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 1.15 | 8.00 | | | $74.15 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

FILED 2021 JAN 19 9:46

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corporation Service Company
was received by me on *(date)* 10-16-2020

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sheeana Kiuse , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company on *(date)* 10-23-2020 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ 1.15 for travel and $ 65.00 for services, for a total of $ 66.15 + 8.00 / 0.00 $74.15

I declare under penalty of perjury that this information is true.

Date: 10-23-2020

*Kerry Phillips*
Server's signature

Kerry Phillips DUSM
Printed name and title

111 N. Adams St. #277 Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc: