UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN RAMOS )
)
      Plaintiff, )
)
-vs- ) Case No.6:20-CV-1448-ORL-78EJK
)
FRONTIER AIRLINES, INC )
)
      Defendant, )
)

## MOTION FOR DEFAULT

Plaintiff moves for entry of a default by the clerk against defendant Frontier Airlines,Inc for failure to serve any document on the undersigned or file any document as required by law.

_____
Attorney for Plaintiff/ PRO SE

## DEFAULT

A default is entered in this action against the defendant named in the foregoing motion for failure to serve or file any document as required by law.

DATED on

      (Name of Clerk)
      As Clerk of Court

      By_____
      As Deputy Clerk