98213-7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. 6:20-cv-1448-ORL-78EJK

MARILYN RAMOS,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

The Defendant UNITED AIRLINES, INC., by and through undersigned counsel, and pursuant to Order dated January 6, 2021 (DE 24), which required the Parties identify a mediator, hereby provide notice that Plaintiff Marilyn Ramos and Defendant United Airlines, Inc. have selected Mediator, Michael C. Siboni.  The date and time of mediation is to be determined.

CASE NO. 6:20-cv-1448-ORL-78EJK

**CERTIFICATE OF SERVICE**

  WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 20, 2021, and the foregoing document is being served this day on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF, and that a copy of this document has also been emailed to the Plaintiff, pro se, Marilyn Ramos at m.ramos.97474@gmail.com.

            */s/ Christopher J. Jahr*
            Christopher J. Jahr
            Florida Bar No. 73066
            Jennifer M. Kenneally, Esquire
            Florida Bar No. 1026076
            WICKER SMITH O'HARA MCCOY & FORD, P.A.
            Attorneys for United Airlines, Inc.
            515 E. Las Olas Boulevard
            SunTrust Center, Suite 1400
            Ft. Lauderdale, FL 33301
            Phone: (954) 847-4800
            Fax: (954) 760-9353
            ftlcrtpleadings@wickersmith.com