UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-CV-1448-orl-78EJK

MARILYN RAMOS,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

**DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO
JOIN AND ADOPT DEFENDANT UNITED AIRLINES, INC.'S MOTION TO DISMISS**

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, pursuant to Fed. R. Civ. P. 10(c), moves to join and adopt Defendant United Airlines, Inc.'s ("United") Motion to Dismiss (ECF No. 17) filed pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6), and states as follows:

    1.    This matter arises from Plaintiff, Marilyn Ramos's April 13, 2019 flight aboard Frontier Airlines, Inc. ("Frontier") Flight No. 1103. (*See* Compl. ¶¶ 1, 6.) Plaintiff alleges she was a "seated and buckled" passenger in an aisle seat of the subject aircraft, and immediately after landing, a UAL cargo van "crossed directly in the path of the plane . . . ." (*Id.* ¶¶ 8, 10.) As a result of the UAL cargo van coming into the path of the airplane, the pilot had to "apply the brakes in a manner to make the plane come to a complete stop abruptly causing the plane to jerk and bounce violently until it stopped." (*Id.* ¶ 10.)

2. On September 1, 2020, Plaintiff filed an Amended Complaint, purporting to allege against United and Frontier for: (1) gross negligence (Count One); and (2) emotional distress (Count Two). (ECF No. 8)

3. On October 26, 2020, United filed a Motion to Dismiss, asserting that Plaintiff failed to meet the appropriate pleading standards under Rule 8(a), and, pursuant to Rule 12(b)(6), failed to state a claim upon which relief can be granted. (ECF No. 17)

4. Pursuant to Fed. R. Civ. P. 10(c), Frontier now joins United's Motion to Dismiss, adopting by reference each and every statement and argument set forth therein.

5. If United's Motion to Dismiss is granted, Plaintiff's claims against Frontier should likewise be dismissed because the arguments raised by United apply equally to Plaintiff's claims against Frontier. All of Plaintiff's claims, including Counts One and Two, should be dismissed because they fail to state comply with the pleading requirements under Rule 8(a), and they fail to state viable claims upon which relief can be granted.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully prays that this Honorable Court grant its Motion to Join and Adopt Defendant United Airlines, Inc.'s Motion to Dismiss, and for any other relief this Court deems necessary and proper.

Date: February 1, 2021                                      Respectfully Submitted,

**FRONTIER AIRLINES, INC.**

By: */s/* William Boltrek III
    One of Its Attorneys
William Boltrek III, Esquire
Florida Bar Number: 100901
William.Boltrek@henlaw.com
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, FL 33901
(239) 344-1100 Telephone
(239) 344-1501 Facsimile
*Counsel for Defendant Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 1, 2021, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

By:                                                              */s/* William Boltrek