UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-CV-1448-Orl-78EJK

MARILYN RAMOS,

    Plaintiff,

Vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

**DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, and for its Certificate of Interested Persons and Corporate Disclosure Statement, states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded corporations that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Marilyn Ramos, Plaintiff
- Frontier Airlines, Inc., Defendant
- Frontier Airlines Holdings, Inc.
- Frontier Group Holdings, Inc.
- William Boltrek III, Counsel for Frontier
- Brian T. Maye, Counsel for Frontier

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3.  The name of every other entity which is likely to have an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to resolution:

- Marilyn Ramos, Plaintiff

Defendant FRONTIER AIRLINES, INC., by its undersigned counsel, hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Date: January 29, 2021

Respectfully Submitted,

**FRONTIER AIRLINES, INC.**

By: */s/* William Boltrek III

One of Its Attorneys

William Boltrek III, Esquire
Florida Bar Number: 100901
William.BoltrekIII@henlaw.com
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, FL 33901
(239) 344-1100 Telephone
(239) 344-1501 Facsimile
*Counsel for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 1, 2021, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

By: */s/* William Boltrek III