UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARILYN RAMOS,**

      **Plaintiff,**

v.                                                      Case No:   6:20-cv-1448-Orl-78EJK

**FRONTIER AIRLINES, INC. and**
**UNITED AIRLINES, INC.,**

      **Defendants.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__✓__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 1, 2021

                                                               /s/ William Boltrek III
                                                       Counsel of Record or *Pro Se* Party
                                                         [Address and Telephone]