UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-CV-1448-orl-78EJK

MARILYN RAMOS,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned attorneys, moves this Court for an Order allowing Brian T. Maye of ADLER MURPHY & McQUILLEN LLP to appear in this Court as co-counsel on behalf of Frontier in the above-styled lawsuit. In support of its motion, Frontier states:

1. Brian T. Maye and his law firm, ADLER MURPHY & McQUILLEN LLP, 20 South Clark Street, Suite 2500, Chicago, Illinois 60603, have been retained to represent Frontier as co-counsel in all proceedings conducted in this case.

2. Mr. Maye does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Maye is a member in good standing and is admitted to practice before the courts in the State of Illinois. Mr. Maye is also admitted in the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Armed Forces, and in the United States District Courts for the District of Colorado, Northern District of Illinois, Northern District of Indiana, Eastern District of Michigan, Western District of New York, and Eastern District of Wisconsin.

4. Mr. Maye is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida. Mr. Maye is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. A true and correct copy of the Special Admission Attorney Certification for the above-referenced attorney is attached hereto. The original certification will be filed along with the requisite fee with the Clerk of the District Court.

6. Mr. Maye designates William Boltrek of the law firm of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Meyers,

Florida 33901 as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of this case, including trial in the event of default of the non-resident attorneys.

7. Through their signature affixed below, William Boltrek of the law firm of Henderson, Franklin, Starnes & Holt, P.A., hereby consent to such designation. This shall also serve as the written designation and consent-to-act for local counsel, whose contact information is identified below.

8. Pursuant to Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida, William Boltrek certify that Mr. Maye has complied with the fee and email registration requirements of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully requests this Court enter an Order admitting Mr. Maye to practice before this Court *pro hac vice*.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Frontier has conferred with Plaintiff and is authorized to represent that Plaintiff does not oppose the entry of an Order granting this motion.

Date: February 4, 2021                     Respectfully Submitted,

**FRONTIER AIRLINES, INC.**

By: */s/* William Boltrek III

   One of Its Attorneys
William Boltrek III, Esquire
Florida Bar Number: 100901
William.BoltrekIII@henlaw.com
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, FL 33901
(239) 344-1100 Telephone
(239) 344-1501 Facsimile
*Counsel for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 4, 2021, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

By: */s/* William Boltrek III

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

MARILYN RAMOS

Plaintiff(s)/Petitioner(s),

v.

CASE NO. 6:20-CV-1448-ORL-78EJK

FRONTIER AIRLINES, ET AL.

Defendant(s)/Respondent(s)

I, BRIAN T. MAYE (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of FRONTIER AIRLINES, INC. (party represented).

**ATTORNEY INFORMATION**

Firm Name: ADLER MURPHY & MCQUILLEN LLP
Address: 20 S. CLARK STREET, SUITE 2500
City: CHICAGO   State: IL   Zip: 60603 -
Firm/Business Phone: 312-422-5713   Alternate Phone: - -
Firm/Business Fax: - -
E-mail Address: BMAYE@AMM-LAW.COM

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Brian T. Maye   Digitally signed by Brian T. Maye
Date: 2021.02.01 15:20:04 -06'00'   2/1/21
Signature   Date

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case.  The special admission fee is due with this attorney certification.  Payment should be in U.S. currency and checks must be drawn on a U.S. bank.  Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.