UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARILYN RAMOS,**

        **Plaintiff,**

v.                                                         Case No: 6:20-cv-1448-WWB-EJK

**FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,**

        **Defendants.**
_____/

**ORDER**

This cause comes before the Court without oral argument on Defendant Frontier Airlines, Inc.'s Amended Motion to Appear *Pro Hac Vice* (the "Motion") (Doc. 40), filed February 9, 2021.

Upon consideration, the Motion to appear *pro hac vice* of Brian T. Maye, Esq. is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.[1]

---

[1] In the Motion, Defendant Frontier Airlines, Inc. indicates that William Boltrek, Esq. will be local counsel. (Doc. 40.) The Court notes that the updated Local Rules, effective February 1, 2021, no longer requires local counsel.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties