UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN RAMOS,

    Plaintiff,

vs.                                  CASE NO. 6:20-CV-1448-orl-78EJK

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

## DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO JOIN AND ADOPT DEFENDANT UNITED AIRLINES, INC.'S MOTION TO DISMISS

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, pursuant to Fed. R. Civ. P. 10(c), moves to join and adopt Defendant United Airlines, Inc.'s ("United") Motion to Dismiss (ECF No. 17) filed pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6), and states as follows:

    1.    This matter arises from Plaintiff, Marilyn Ramos's April 13, 2019 flight aboard Frontier Airlines, Inc. ("Frontier") Flight No. 1103. (*See* Compl. ¶¶ 1, 6.) Plaintiff alleges she was a "seated and buckled" passenger in an aisle seat of the subject aircraft, and immediately after landing, a UAL cargo van "crossed directly in the path of the plane . . . ." (*Id*. ¶¶ 8, 10.) As a result of the UAL cargo van coming into the path of the airplane, the pilot had to "apply the

brakes in a manner to make the plane come to a complete stop abruptly causing the plane to jerk and bounce violently until it stopped." (*Id.* ¶ 10.)

2. On September 1, 2020, Plaintiff filed an Amended Complaint, purporting to allege against United and Frontier (1) gross negligence (Count One), and (2) emotional distress (Count Two). (ECF No. 8.)

3. On October 22, 2020, Plaintiff served the Amended Complaint and summons on Frontier's agent. Frontier immediately forwarded the Complaint and summons to its insurer. (*See* Frontier's Response to Plaintiff's Motion for Default. (ECF No. 37) at ¶ 6.)

4. On January 22, 2021, undersigned counsel was notified by Frontier that Plaintiff had filed a complaint and effectuated service on October 22, 2020, and that a motion for default had been filed on January 20, 2021. (*Id.* at 4.) Frontier was not aware that a responsive pleading had not been filed on its behalf until it received notice on January 20, 2021 that a motion for default had been filed against it. *Id.* at 7. Frontier's counsel was never made aware that a complaint had been filed or that service had been effectuated until January 22, 2021. *Id.* at 4.

5. The circumstances surrounding Frontier's failure to timely file a responsive pleading represents "good cause." *See Sherrard v. Macy's Sys. and Tech.*, Inc., 724 F. App'x 736, 738 (11th Cir. 2018). Frontier's counsel did not learn of the complaint and summons until January 22, 2021. Further, Frontier

was not aware that its counsel had not been informed of the complaint and service of summons. It was only when Frontier had become aware of the pending motion for default that Frontier's counsel was informed of the complaint and summons. As soon as Frontier became aware of its failure to file a responsive pleading, Frontier's counsel filed a responsive pleading.

6. The circumstances of Frontier's failure to file a timely responsive pleading was an oversight that has not prejudiced Plaintiff. The action has been pending for a limited period of time, there has been limited written discovery, and United's initial responsive pleading (motion to dismiss) has not yet been fully brief. *See Scrocco v. City of Holmes Beach*, No. 8:18-cv-1163-T-36AAS, 2019 U.S. Dist. LEXIS 105900, at *2-3 (M.D. Fla. June 25, 2019) ("Setting aside the default would not prejudice [plaintiff] because the action has been pending slightly over a year with minimal prosecution.").

7. Frontier has filed a response disputing Plaintiff's request for a default, which remains pending. (*See* Frontier's Response to Plaintiff's Motion for Default. (ECF No. 37) at ¶ 6.)

8. On October 26, 2020, United filed a Motion to Dismiss, asserting that Plaintiff failed to meet the appropriate pleading standards under Rule 8(a), and, pursuant to Rule 12(b)(6), failed to state a claim upon which relief can be granted. (ECF No. 17)

9. Pursuant to Fed. R. Civ. P. 10(c), Frontier seeks to join United's Motion to Dismiss, adopting by reference each and every statement and argument set forth therein.

10. If United's Motion to Dismiss is granted, Plaintiff's claims against Frontier should likewise be dismissed because the arguments raised by United apply equally to Plaintiff's claims against Frontier. All of Plaintiff's claims, including Counts One and Two, should be dismissed because they fail to state comply with the pleading requirements under Rule 8(a), and they fail to state viable claims upon which relief can be granted.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully prays that this Honorable Court grant its Motion to Join and Adopt Defendant United Airlines, Inc.'s Motion to Dismiss, and for any other relief this Court deems necessary and proper.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Frontier has conferred with Plaintiff regarding the foregoing. Plaintiff has represented that she opposes Frontier's Motion to Join United's Motion to Dismiss.

Date: February 18, 2021                                        Respectfully Submitted,

**FRONTIER AIRLINES, INC.**

        By: <u>*/s/* William Boltrek III</u>

        One of Its Attorneys
William Boltrek III, Esquire
Florida Bar Number: 100901
<u>William.BoltrekIII@henlaw.com</u>
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, FL 33901
(239) 344-1100 Telephone
(239) 344-1501 Facsimile
*Counsel for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 18, 2021, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. This pleading will also be mailed to the following non-participants in CM/ECF:

Marilyn Ramos
491 Noelwood Ct.
Ocoee, FL 34761

By: */s/* William Boltrek III