98213-7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. 6:20-cv-1448-ORL-78EJK

MARILYN RAMOS,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

    Defendants.
_____/

## DEFENDANT UNITED AIRLINES, INC.'S
## NOTICE OF PENDING MOTION

Defendant, United Airlines, Inc. ("UAL"), by and through its undersigned counsel, hereby files this notice of pending motion that its Motion to Dismiss Plaintiff's Complaint for Damages (DE 17), filed on October 26, 2020, remains unopposed and pending and is now ripe for an Order granting said motion:

1. On October 26, 2020, United Airlines, Inc. filed and served its Motion to Dismiss.

2. Under Local Rule 3.01(c), a party may respond to a motion to dismiss within twenty-one (21) days after service of the motion. If a party fails to timely respond, the motion is subject to treatment as unopposed. M.D. Fla. L.R. 3.01(c).

3. This Court has previously reminded the Plaintiff that, although she is proceeding *pro se,* she is subject to the same law and rules of court as litigants who are represented by counsel. On September 4, 2020 the Court entered an Order which specified:

CASE NO. 6:20-cv-1448-ORL-78EJK

Because Ramos is proceeding *pro se*, the Court will take the opportunity to inform her of some, but not all, of the procedural rules with which she must comply. The Court reminds Ramos of these obligations because *pro se* litigants are subject to the same law and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure ("Rule(s)"), and the Local Rules of the United States District Court for the Middle District of Florida ("Local Rule(s)").[2]

4. In addition, on August 19, 2020 the Court also reminded all parties, "Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice."

5. To date, Plaintiff has failed to file any response in opposition to United Airlines' pending Motion to Dismiss and the motion may be treated as unopposed.

CASE NO. 6:20-cv-1448-ORL-78EJK

WHEREFORE, Defendant, United Airlines, Inc., respectfully requests that this Court enter an order granting the Motion to Dismiss Plaintiff's Complaint for Damages (DE 17) and awarding any other relief the Court finds appropriate.

Dated:  04/06/2021

    Respectfully submitted,

/s/    *Christopher J. Jahr*___
Dennis M. O'Hara, Esquire (FBN148434)
dohara@wickersmith.com
Christopher J. Jahr (FBN 73066)
Cjahr@wickersmith.com
Carlos A. Garcia, Esquire (FBN99768)
cagarcia@wickersmith.com
Jennifer M. Kenneally (FBN 1026076)
jkenneally@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Telephone:     (954) 847-4800
Facsimile:      (954) 760-9353
*Attorneys for United Airlines, Inc.*

CASE NO. 6:20-cv-1448-ORL-78EJK

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 4, 2021 and the foregoing document is being served this day on all counsel or parties of record through the CM/ECF system, and also that a copy is being served on *pro se* Plaintiff Marilyn Ramos via US mail at 491 Noelwood Ct., Ocoee, FL 34761, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.