UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO. 6:20-cv-1448-ORL-78EJK

MARILYN RAMOS

Plaintiff

FRONTIER AIRLINES, INC. and

UNITED AIRLINES, INC.

Defendants

### NOTICE OF CHANGE OF ADDRESS

I, Marilyn Ramos, hereby file this notice advising that my address has changed, effective April 9, 2021.

From: 491 Noelwood Ct Ocoee, FL 34761

To: 1000 Douglas Ave Apt 53 Altamonte Springs, FL 32714

04/09/2021

Marilyn Ramos

Plaintiff