98213-7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN RAMOS,                                      6:20-cv-1448-ORL-78EJK

      Plaintiff,

vs.

FRONTIER AIRLINES, INC. and
UNITED AIRLINES, INC.,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a confidential settlement of all matters and things in dispute between parties hereto has been made. Defendants, FRONTIER AIRLINES, INC. and UNITED AIRLINES, INC., are in the process of preparing and executing the necessary settlement documents and, accordingly, will be filing a Joint Stipulation for Dismissal with Prejudice with regard to Plaintiff's claims against FRONTIER AIRLINES, INC. and UNITED AIRLINES, INC., as soon as the executed settlement agreement and settlement funds have been exchanged.

WE HEREBY CERTIFY that a copy hereof has been furnished to All Counsel of Record; and Plaintiff, Marilyn Ramos by e-mail to m.ramos.97474@gmail.com, and mail to 1000 Douglas Avenue, Apt. 53, Altamonte Springs, FL 32714; by e-mail on this 3rd day of June, 2021.

2

/s/ *Jennifer M. Kenneally*
Christopher J. Jahr, Esq.
Florida Bar No.73066
Jennifer M. Kenneally, Esquire
Florida Bar No. 1026076
WICKER, SMITH, O'HARA,
  McCOY & FORD, P.A.
Attorneys for United Airlines, Inc.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com